```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0020--CR (JKS)
                "USA V RAYEL L. SHOULDERS ET AL"
                    DEF 1.1 SHOULDERS, RAYEL L.

        Including terminated defendants, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  02/16/05
           Closed:  11/28/05
No. of Defendants:  2
    MJ Case Number:
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Robert M. Herz
                    425 G Street, Suite 600
                    Anchorage, AK 99501
                    907-277-7171
                    FAX 907-277-0281
                    Serve: YES
                     Type: CJA
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 1.1 SHOULDERS, RAYEL L.
```

| Document | Count | Citation and Description | Disposition |
|---|---|---|---|
| 1 - 1 IND | 1 | 21:846,841(b)(1)(B), and 18:2 ATTEMPT TO POSSESS A CONTROLLED SUBSTANCE WITH INTNET TO DISTRIBUTE (F) | Sentenced (54-1) |

```
                 UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                 CRIMINAL DOCKET PARTY INFORMATION FOR CASE A05-0020--CR (JKS)
                                "USA V RAYEL L. SHOULDERS ET AL"
                                    DEF 2.1 LOTT, GARY D.

                    Including terminated defendants, excluding terminated counsel


   Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
            Filed:  02/16/05
           Closed:  11/28/05
No. of Defendants:  2
   MJ Case Number:
              AKA:
  Location status:  U.S. Custody
       Trial date:
       Terminated:  YES
Needs interpreter:  NO
Counsel of record:  Michael D. Dieni
                    Federal Public Defender
                    550 W. 7th Avenue, Suite 1600
                    Anchorage, AK 99501
                    907-646-3400
                    FAX 907-646-3480
                    Serve: YES
                     Type: FPD
                     Role: Pretrial/Trial


PLF 1.1 UNITED STATES OF AMERICA

Counsel of record:  Frank V. Russo
                    U.S. Attorney's Office
                    222 W. 7th Avenue, #9
                    Anchorage, AK 99513
                    907-271-5071
                    FAX 907-271-3224
                    Serve: YES
                     Type: Not specified
                     Role: Pretrial/Trial


Counts re: DEF 2.1 LOTT, GARY D.

Document            Count     Citation and Description                               Disposition
─────────           ─────     ────────────────────────                               ───────────
    1 -   1 IND       1       21:846,841(b)(1)(B), and 18:2 ATTEMPT TO POSSESS A     Sentenced
                              CONTROLLED SUBSTANCE WITH INTNET TO DISTRIBUTE (F)     (45-1)
```

```
                UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CRIMINAL DOCKET ENTRIES FOR CASE A05-0020--CR (JKS)
                           "USA V RAYEL L. SHOULDERS ET AL"

                                  For all filing dates


  Presiding Judge:  The Honorable James K. Singleton, U.S. District Judge
  Magistrate Judge: The Honorable John D. Roberts, U.S. Magistrate Judge
              Filed: 02/16/05
             Closed: 11/28/05
No. of Defendants: 2


Document #   Filed      Docket text

NOTE -   1   02/16/05   [Re: DEF 1] Issued WOA.

NOTE -   2   02/16/05   [Re: DEF 2] Issued WOA.

   1 -   1   02/16/05   [Re: DEF 1-2] PLF 1 Indictment.

   2 -   1   02/16/05   [Re: DEF 1-2] JDR Grand Jury Minutes re Indt secret; WOA's to be issued;
                        no bail set.

NOTE -   3   02/18/05   [Re: DEF 1] USM Notice of Arrest; defendant arrested 2/17/05.

NOTE -   4   02/22/05   [Re: DEF 2] USM Notice of Arrest; defendant arrested 2/21/05.

   3 -   1   02/22/05   [Re: DEF 1] AHB Court Minutes [ECR: Linda Christensen] re Arr on Indt
                        (held 2/18/05); Fin Aff FLD; Rich Curtner appointed; def plead NG; def
                        detained; det hrg set for 2/25/05 at 1:00 pm before MJ Roberts; PTMs due
                        3/4/05; Ord Re Prep for Trial FLD; cnsl advised no trial date set.  cc:
                        USA, FPD, USM, USPO, Judge Singleton, MJ Roberts

   4 -   1   02/22/05   DEF 1 Financial Affidavit.

   5 -   1   02/22/05   [Re: DEF 1] AHB Order of Detention Pending Hearing; det hrg set for
                        2/25/05 at 1:00 pm before MJ Roberts.  cc:  USA, FPD, USM, USPO

   6 -   1   02/22/05   [Re: DEF 1] AHB Order regarding preparation for trial; meet/confer date
                        set for 2/23/05; PTMs due 3/4/05.  cc:  USA, FPD

   7 -   1   02/22/05   [Re: DEF 2] JDR Court Minutes [ECR: Elisa Singleton] re Arraignment on
                        Indictment; M. Dieni appt; Fin Aff filed; not guilty plea ct 1 of
                        indictment; ptm due 3/14/05; defendant detained; tbj tentatively set
                        before Judge Singleton 4/11/05, FPTC set 4/7/05.  cc: USA, M. Dieni,
                        USM, USPO, Judge Singleton

   8 -   1   02/22/05   [Re: DEF 1] Return of WOA executed 2/17/05.

   9 -   1   02/23/05   DEF 2 Financial Affidavit.

  10 -   1   02/23/05   [Re: DEF 2] JDR Order of Detention Pending Trial. cc: USA, FPD, USM,
                        USPO

  11 -   1   02/23/05   [Re: DEF 2] JDR Order regarding preparation for trial; cnsl to meet &
                        confer by 2/24/05; PTM's due 3/14/05. cc: USA, FPD

  12 -   1   02/23/05   [Re: DEF 1-2] JKS Minute Order setting trial by jury for 4/11/05 at 9:00
                        a.m. and FPTC for 4/7/05 at 10:00 a.m.. cc: USA, FPD, USM, USPO, MJ
                        Roberts, JC

  13 -   1   02/23/05   [Re: DEF 1] JDR Minute Order re det hrg prev set for 2/25/05 at 1:00
                        p.m. is RESET for 1:30 p.m. cc: USA, FPD, USM, USPO
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CRIMINAL DOCKET ENTRIES FOR CASE A05-0020--CR (JKS)
                "USA V RAYEL L. SHOULDERS ET AL"

                        For all filing dates


 Document #    Filed     Docket text

    14 -  1   02/23/05   DEF 1 Discovery Conference Certificate.

    15 -  1   02/24/05   [Re: DEF 2] PLF 1 Discovery Conference Certificate.

    16 -  1   02/24/05   DEF 1 Attorney Appearance of R. Hertz.

    17 -  1   02/24/05   DEF 1 motion to vacate detention hearing set for 2/25/05.

    18 -  1   02/25/05   [Re: DEF 1] JDR Order granting motion to vacate detention hearing set
                         for 2/25/05 (17-1). cc: USA, R. Herz, USM, USPO

    19 -  1   02/25/05   [Re: DEF 1] JDR Order of Detention Pending Trial. cc: USA, R. Herz, USM,
                         USPO

    20 -  1   03/03/05   [Re: DEF 1] PLF 1 motion on shortened time to cont ddln for flg defense
                         motion & response thereto w/att declar.

    21 -  1   03/03/05   [Re: DEF 2] Return of WOA re: DEF 2 executed on 2/21/05.

    22 -  1   03/04/05   [Re: DEF 1] JDR Minute Order granting motion on shortened time to cont
                         ddln for flg defense motion & response thereto (20-1); govt's PTM's
                         except as to dscvy mots due 3/9/05; def's PTM's due 3/11/05. cc: USA, R.
                         Herz

    23 -  1   03/23/05   DEF 1 motion for bail hearing.

    24 -  1   03/24/05   [Re: DEF 1] JDR Order granting motion for bail hearing (23-1); Bail
                         Review hrg set for 3/30/05 at 3:00 p.m. cc: USA, R. Herz, USM, USPO

    25 -  1   03/30/05   DEF 2 Notice of Intent to change plea pursuant to plea agreement.

    26 -  1   03/31/05   [Re: DEF 2] JKS Minute Order re PCOP set for 4/6/05 at 1:30 p.m. cc:
                         USA, FPD, USM, USPO, MJ Roberts

    27 -  1   03/31/05   [Re: DEF 1] JDR Court Minutes [ECR: Elisa Singleton]  re bail review
                         hearing (held 3/31/05); proposed third party custodians denied;
                         detention continued; list of exhibits and witnesses attached.  cc: USA,
                         R. Herz, USM, USPO

    28 -  1   03/31/05   {SEALED}

    29 -  1   04/05/05   PLF 1; DEF 1 motion (joint) on shortened time to vacate FPTC & TBJ
                         dates.

    29 -  2   04/05/05   DEF 1 Notice of Intent to change plea pursuant to plea agreement.

    29 -  3   04/05/05   DEF 1 Unopposed motion to set COP hrg after 4/19/05 w/att aff.

    30 -  1   04/06/05   [Re: DEF 1] JKS Order granting motion (joint) on shortened time to
                         vacate FPTC & TBJ dates (29-1), motion Unopposed motion to set COP hrg
                         after 4/19/05 (29-3); FPTC set for 4/7/05 & TBJ set for 4/11/05 are
                         VACATED; PCOP hrg set for 4/25/05 at 10:00 a.m. cc: USA, R. Herz, USM,
                         USPO, MJ Roberts, JC

    31 -  1   04/07/05   {SEALED}


ACRS: R_RDSDX              As of 12/01/05 at 2:55 PM by GARRY                    Page 2
```

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CRIMINAL DOCKET ENTRIES FOR CASE A05-0020--CR (JKS)
                  "USA V RAYEL L. SHOULDERS ET AL"
```

For all filing dates

| Document # | Filed | Docket text |
|---|---|---|
| 32 - 1 | 04/21/05 | [Re: DEF 1] PLF 1 Unopposed motion on shortened time to continue change of plea hearing. |
| 33 - 1 | 04/22/05 | [Re: DEF 2] JKS Order granting unopposed motion on shortened time to continue change of plea hearing to 5/2/05 at 11:00 a.m. (32-1). cc: USA, R. Herz, USM, USPO |
| 34 - 1 | 05/02/05 | {SEALED} |
| 35 - 1 | 05/03/05 | {SEALED} |
| 36 - 1 | 07/18/05 | DEF 1 Unopposed motion on shortened time to extend time to file objections to draft pre-sentence report & to extend time to file final pre-sentence report & to continue sentencing. |
| 37 - 1 | 07/19/05 | [Re: DEF 1] JKS Minute Order granting unopposed motion on shortened time to extend time to file objections the draft pre-sent report (36-1); objects to the draft pre-sent report due 8/12/05; final pre-sent report due 8/26/05; sent set for 8/1/05 is RESET for 10/3/05 at 9:00 a.m. cc: USA, R. Herz, USM, USPO |
| 38 - 1 | 07/25/05 | {SEALED} |
| 39 - 1 | 07/26/05 | [Re: DEF 2] PLF 1 Sentencing Memorandum. |
| 40 - 1 | 07/26/05 | {SEALED} |
| 41 - 1 | 08/01/05 | [Re: DEF 2] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held 8/1/05); matter continued to 8/3/05 at 9:00 am. cc: USA, FPD, USM, USPO |
| 42 - 1 | 08/02/05 | [Re: DEF 2] PLF 1 motion on shortened time to continue sentencing. |
| 43 - 1 | 08/02/05 | [Re: DEF 2] JKS Minute Order re hrg on mot to continue sentencing set for 8/3/05 at 9:00 a.m. cc: USA, FPD, USM, USPO |
| 44 - 1 | 08/03/05 | {SEALED} |
| 45 - 1 | 08/09/05 | [Re: DEF 2] RRB Judgment pleaded guilty to count(s) 1 of the Indictment (1-1); sent 40 mos; SR 48 mos; SA $100. cc: USA, FPD, USM, USPO, MJ Roberts, Finance, FLU, def w/cnsls cy |
| 46 - 1 | 09/08/05 | {SEALED} |
| 47 - 1 | 09/27/05 | DEF 1 Unopposed motion on shortened time to continue sentencing. |
| 48 - 1 | 09/28/05 | [Re: DEF 1] JKS Minute Order granting unopposed motion on shortened time to continue sentencing to 11/22/05 at 10:00 a.m. (47-1). cc: USA, R. Herz, USM, USPO |
| 49 - 1 | 10/27/05 | DEF 1 Notice of filing w/att statement. |
| 50 - 1 | 10/27/05 | DEF 1 Notice of filing w/att letters. |
| 51 - 1 | 11/15/05 | {SEALED} |
| 52 - 1 | 11/18/05 | {SEALED} |

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                       CRIMINAL DOCKET ENTRIES FOR CASE A05-0020--CR (JKS)
                                "USA V RAYEL L. SHOULDERS ET AL"

                                       For all filing dates


Document #    Filed      Docket text

   53 -   1   11/22/05   [Re: DEF 1] JKS Court Minutes [ECR: Elisa Singleton] re IOS (held
                         11/22/05); sentence imposed as stated in the judgment; w/att list of
                         exhibits and witnesses

   54 -   1   11/28/05   [Re: DEF 1] JKS Judgment pleaded guilty to ct 1 of Indt (1-1); sentenced
                         to 151 mos impr; def remanded; 36 mos SR; $100.00 SA; $1500.00 fine. cc:
                         USA, R. Herz, Def w/cnsls cy, USM, USPO, MJ Roberts, Finance, FLU
```